# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Willie T. Bobbitt**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00214-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Scott | ) | |
| FNU Mims | | |
| FNU Gaddy | | |
| Mental Health Department | | |
| Georgia Hill-Martin**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Complaint  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 13, 2016 Order.

May 13, 2016

*Frank G. John*

Frank G. Johns, Clerk
United States District Court